# Court of Appeals
# of the State of Georgia

ATLANTA,  March 22, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1314.  CALVIN SMITH v. THE STATE.

In 2011, Calvin Smith pled guilty to aggravated battery and kidnapping.  In 2016, he was granted habeas relief, after which the trial court granted his motion to withdraw his guilty pleas.  In August 2017, the trial court entered an order denying several pretrial motions filed by Smith, including motions in which he raised double jeopardy and statutory speedy trial claims.  Later that month, Smith filed a direct appeal from that order.  That appeal has been docketed in this Court as Case No. A18A0464.

In December 2017, Smith filed a "Motion to Dismiss for Violation of Defendant's Privileged Legal Mail Rights (Under Federal Law) and Obstruction."  The trial court denied Smith's motion in an order entered on January 8, 2018, and Smith filed this direct appeal on February 8, 2018.[1]  We lack jurisdiction for two reasons.

First, because this action remains pending before the trial court, Smith was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal the order denying his motion to dismiss.  See OCGA § 5-6-34 (b); *Crane v. State*, 281 Ga. 635, 635-637 (641 SE2d 795) (2007); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989).  Smith's failure to do so deprives us of jurisdiction over this appeal.  See *Crane*, 281 Ga. at 635-637; *Boyd*, 191 Ga. App. at 435.

---

[1] Smith's notice of appeal is dated February 2, 2018, but was not filed in the trial court until February 8.  Smith subsequently filed a request to "terminate/cancel" his notice of appeal in the trial court.  He also filed a motion to withdraw his appeal in this Court, which we denied on March 15, 2018.

Second, even if Smith had a right of direct appeal here, this appeal is untimely. A notice of appeal must be filed within 30 days of entry of the trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Smith's notice of appeal was untimely filed 31 days after the trial court entered its order denying his motion to dismiss.

For each of the above reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,__03/22/2018_____*
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*